ACCEPTED
01-14-00990-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 2:11:06 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00990-CV

IN THE FIRST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 2:11:06 PM
CHRISTOPHER A. PRINE
Clerk

_____

MANFRED FINK, Appellant

V.

JOANN D. ANDERSON, ET. AL., Appellees

_____

On Appeal from the 152nd Judicial District Court, Houston Texas

Cause No. 2014-22740

_____

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

TO THE HONORABLE JUSTICES:

Comes now, Manfred Fink, and files this Unopposed Motion for Extension of Time to File Opening Brief, and in support thereof would respectfully show the Court as follows:

On or about January 28, 2015, the Court notified the parties that the clerk's record had been filed on January 27, 2015. Under the Texas Rules of Appellate Procedure, appellant's opening brief is due 20 days after that date, Monday, February 16, 2015. Because that date falls on a holiday observed by the Court, the brief would then be due on Tuesday, February 17, 2015.

Undersigned counsel now seeks a 2-week extension of time to file the appellant's opening brief, extending the deadline for filing to March 3, 2015. No previous extensions of the briefing schedule have been requested by any party in this case. Appellees' counsel has stated to Appellant's counsel that they are not opposed to this motion.

Undersigned counsel seeks additional time to prepare the brief in this case due to a recent family emergency, which has required her to be out of the office for a significant period since the Court issued its order. Allowing this extension will permit counsel the additional time needed to prepare the brief.

Undersigned counsel respectfully requests that this Court grant Appellant's Unopposed Motion for Extension of Time to File Appellant's Opening Brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

*/s/ H. Melissa Mather*_____
H. Melissa Mather

State Bar No. 240102216
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-2540 - Telephone
(512) 477-2348 – Fax

## **CERTIFICATE OF CONFERENCE**

Undersigned counsel certifies that she spoke with and emailed with opposing counsel on February 12, 2015, and opposing counsel stated that they are not opposed to this motion.

*/s/ H. Melissa Mather*_____
H. Melissa Mather

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Appellant's Unopposed Motion for Extension of Time to File Opening Brief* was served on February 13, 2015, to the following counsel of record, by e-service and/or fax:

Wade T. Howard
Michael P. Cash
Alma F. Gomez
LISKOW & LEWIS
1001 Fannin St., Ste. 1800
Houston, TX 77002
wthoward@liskow.com
mpcash@liskow.com
afgomez@liskow.com

Andrew R. Harvin
Peter Wells
DOYLE, RESTREPO, HARVIN & ROBBINS
The Lyric Centre
449 Louisiana, Ste. 2300
Houston, TX 77002
aharvin@drhrlaw.com
pwells@drhrlaw.com

Tim McDaniel
MCDANIEL HOHLT, PC
Two Greenway Plaza, Ste. 1030
Houston, TX  77046
tmcdaniel@mcdanielfirm.com

Arnold Anderson Vickery
Fred H. Sheperd
THE VICKERY LAW FIRM
Park Laureate Bldg.
10000 Memorial Dr., Ste. 750
Houston, TX  77024
andy@justiceseekers.com
fred@justiceseekers.com

William B. Mateja
FISH & RICHARDSON, PC
1717 Main St., Ste. 5000
Dallas, TX  75201
mateja@fr.com

Paul D. Flack
PRATT & FLACK, LLP
1331 Lamar St.
Four Houston Center, Ste. 1250
Houston, TX
pflack@prattflack.com

*/s/ H. Melissa Mather*_____
H. Melissa Mather